FILED
2012 Jan-05 PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **HAROLD ODIE HINES** | ) |
| | ) |
| vs. | ) Case No. 3:11-CV-8042-VEH-HGD |
| | ) |
| **UNITED STATES OF AMERICA** | ) |

## MEMORANDUM OPINION

On December 21, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On December 27, 2011, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the 5th day of January, 2012.

                                          */s/ Virginia Emerson Hopkins*

                                          **VIRGINIA EMERSON HOPKINS**
                                          United States District Judge